1  **MARK W. COLEMAN  #117306**
   **NUTTALL & COLEMAN**
2       2445 CAPITOL STREET, SUITE 150
             FRESNO, CA 93721
3          PHONE (559) 233-2900
            FAX (559) 485-3852
4

5  ATTORNEYS FOR  Defendant,
                    ROBERT ORNDOFF
6

7

8              **UNITED STATES DISTRICT COURT**

9             **EASTERN DISTRICT OF CALIFORNIA**

10                    * * * * * *

11  UNITED STATES OF AMERICA,          Case No.: 1:09-CR-00036  LJO   (010)

12          Plaintiff,
                                        **EX-PARTE APPLICATION**
13      vs.                             **GRANTING IN-STATE TRAVEL;**
                                        **DECLARATION OF DEFENDANT;**
14  ROBERT ORNDOFF, ET AL.,            **AND AND ORDER**

15          Defendant.

16

17     **TO:   THE   UNITED   STATES   DISTRICT   COURT;   UNITED STATES**

18  **ATTORNEY'S OFFICE and/or ITS REPRESENTATIVES:**

19          Defendant, ROBERT ORNDOFF, by and through his attorney MARK W. COLEMAN, of

20  the Law Offices of NUTTALL & COLEMAN, hereby applies to this court for an Order allowing

21  Defendant, ROBERT ORNDOFF to travel within the State of California.

22          This request is being made by counsel for Defendant, ORNDOFF, due to the fact that Mr.

23  ORNDOFF needs to travel within the State of California for the purpose of overseeing his trucking

24  business activities.  Mr. Orndoff needs to travel for the purposes of interviewing applicants, assisting

25  truck drivers when their trucks break down, and other business related activities.

26  ///

27  ///

28  ///

Counsel, Mark W. Coleman, is informed by defendant that Jacob Scott of U.S. Pretrial Services does not oppose this request.

DATED: November 18, 2009.          NUTTALL & COLEMAN

**/s/ MARK W. COLEMAN**
_____
MARK W. COLEMAN
Attorneys for Defendant,
ROBERT ORNDOFF

* * * * * *

## DECLARATION OF DEFENDANT

I, ROBERT ORNDOFF, hereby declare:

1.      I am one of the defendants in the above-entitled criminal case.

2.      It is necessary for me to travel within the State of California for the purposes of interviewing applicants, assisting truck drivers when they break down, and other business related activities.

3.      The facts and circumstances as stated and presented herein are true and correct to the best of your Declarant's knowledge and belief, and as to those matters stated upon information and belief, your Declarant believes them to be true;

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

EXECUTED on November 18, 2009, at Fresno, California.

**/s/ ROBERT ORNDOFF**
_____
ROBERT ORNDOFF

# O R D E R

Good Cause Appearing,

**IT IS SO ORDERED** that defendant, ROBERT ORNDOFF be allowed to travel within the State of California for the purpose of overseeing his trucking business.


**Dated:**    **November 20, 2009**              /s/ Sandra M. Snyder

                                         **UNITED STATES MAGISTRATE JUDGE**