**MARK W. COLEMAN  #117306**
**NUTTALL & COLEMAN**
2445 CAPITOL STREET, SUITE 150
FRESNO, CA 93721
PHONE (559) 233-2900
FAX (559) 485-3852

ATTORNEYS FOR  Defendant,
ROBERT ORNDOFF

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT ORNDOFF, ET AL.,<br><br>Defendant. | Case No.: 1:09-CR-00036  LJO<br><br>**STIPULATION RE:**<br>**EXONERATION OF PROPERTY BOND;**<br>**AND  ORDER** |

**IT IS HEREBY STIPULATED** by and between attorneys for the respective clients that Defendant's conditions of release be modified to permit that his $100,000.00 property bond be exonerated, that defendant be released on his own recognizance, and that all previously imposed conditions not in conflict with this order remain in full force and effect.

Counsel for Defendant has spoken with Jacob Scott, MR. ORNDOFF'S pre-trial services officer, and he does not oppose this request.

DATED: June 22, 2010.          NUTTALL & COLEMAN

                                /s/ Mark W. Coleman

                                _____
                                MARK W. COLEMAN
                                Attorneys for Defendant,
                                ROBERT ORNDOFF

1  DATED: June 22, 2010.

3                                         /s/ Laurel J. Montoya
                                          LAUREL J. MONTOYA
4                                         Assistant U.S. Attorney

6                                         * * * * * *

                                          **O R D E R**

8     **IT IS SO ORDERED.**

10
    DATED: June 23, 2010 .
11

12                                        /s/ Gary S. Austin
                                          GARY S. AUSTIN
13                                        United States District Court