1  **MARK W. COLEMAN  #117306**
**NUTTALL & COLEMAN**
2  2445 CAPITOL STREET, SUITE 150
FRESNO, CA 93721
3  PHONE (559) 233-2900
FAX (559) 485-3852
4

5  ATTORNEYS FOR  Defendant,
ROBERT ORNDOFF
6

7
**UNITED STATES DISTRICT COURT**
8
**EASTERN DISTRICT OF CALIFORNIA**
9
\* \* \* \* \* \*
10

11 | UNITED STATES OF AMERICA, | Case No.: 1:09-CR-00036  LJO

    Plaintiff,
12
                                          | **STIPULATION TO**
    vs.                                   | **CONTINUE SENTENCING**
13                                        | **and**
    ROBERT ORNDOFF, ET AL.,
14                                        | **O R D E R**
    Defendant.
15

16
17  **IT IS HEREBY STIPULATED** by and between attorneys for the respective clients that the
Sentencing hearing currently on calendar for Monday, December 17, 2010, at 8:45 a.m., be continued
18
to **January24, 2011, at 8:45 a.m.**, or as soon thereafter as is convenient to the court's calendar.
19
    **IT IS FURTHER STIPULATED** by and between attorneys for the respective clients that
20
the filing deadlines for the Probation Report shall be continued as follows:
21
            **Report available to Defense Counsel:**       12/13/2010
22
            **Objections Due to Probation AUSA:**          12/28/2010
23
            **Objections Filed with Court and**
24          **Served on USPO and AUSA:**                   01/07/2011

25   This continuance is requested by counsel for Defendant ORNDOFF, due to the fact that the
26  parties need additional time to complete the debriefing of Defendant, so that he will qualify for the
27  safety valve.
28  ///

1  Counsel is communicating with the AUSA, who is attempting to schedule a time for the
2  debriefing.  Defendant's counsel will be unavailable for two weeks, beginning November 2, 2010,
3  because of a criminal trial in the Kings County Superior Court.
4  Counsel for Defendant has spoken with Assistant U. S. Attorney, LAUREL MONTOYA,
5  who has no objection to this continuance.
6  It is respectfully submitted that neither the court, nor any party to this proceeding, should be
7  unduly prejudiced by the continuance of the Sentencing for the above-stated purposes.

DATED: November 2, 2010.          NUTTALL & COLEMAN

/s/ Mark W. Coleman

_____
MARK W. COLEMAN
Attorneys for Defendant,
ROBERT ORNDOFF

DATED: November 2, 2010.          UNITED STATES ATTORNEY'S OFFICE

/S/ Laurel Montoya

_____
LAUREL MONTOYA
Assistant U.S. Attorney

* * * * * *

**O R D E R**

**Good cause exists for the continuance.**

IT IS SO ORDERED.

**Dated:   November 2, 2010**           /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE