(SPACE BELOW FOR FILING STAMP ONLY)

1  **MARK W. COLEMAN  #117306**
   **NUTTALL & COLEMAN**
2    2445 CAPITOL STREET, SUITE 150
      FRESNO, CA 93721
3      PHONE (559) 233-2900
     FAX (559) 485-3852

5  ATTORNEYS FOR   Defendant,
                   ROBERT ORNDOFF

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

\* \* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>vs.<br><br>ROBERT ORNDOFF, ET AL.,<br><br>      Defendant. | Case No.: 1:09-CR-00036  LJO<br><br>**STIPULATION TO<br>CONTINUE SENTENCING<br>and<br>[PROPOSED]<br>O R D E R** |

**IT IS HEREBY STIPULATED** by and between attorneys for the respective clients that the Sentencing hearing currently on calendar for Monday, January 24, 2011, at 8:45 a.m., be continued to **February 28, 2011, at 8:45 a.m.**, or as soon thereafter as is convenient to the court's calendar.

**IT IS FURTHER STIPULATED** by and between attorneys for the respective clients that the filing deadlines for the Probation Report shall be continued as follows:

    **Report available to Defense Counsel:**    01/17/2011

    **Objections Due to Probation AUSA:**    02/01/2011

    **Objections Filed with Court and
    Served on USPO and AUSA:**    02/14/2011

This continuance is requested by counsel for Defendant ORNDOFF, due to the fact that the parties need additional time to complete the settlement of this case.  Part of the settlement of this case involves asset forfeiture.  The final releases were being handled by Deanna Martinez, and have now been assigned to Kelli L. Taylor.

     Counsel for Defendant has spoken with Assistant U. S. Attorney, LAUREL MONTOYA, who has no objection to this continuance.

     It is respectfully submitted that neither the court, nor any party to this proceeding, should be unduly prejudiced by the continuance of the Sentencing for the above-stated purposes.

DATED: December 21, 2010.    NUTTALL & COLEMAN

                                       /s/ Mark W. Coleman

                                       _____
                                       MARK W. COLEMAN
                                       Attorneys for Defendant,
                                       ROBERT ORNDOFF

DATED: December 21, 2010.    UNITED STATES ATTORNEY'S OFFICE

                                       /S/ Laurel Montoya

                                       _____
                                       LAUREL MONTOYA
                                       Assistant U.S. Attorney

                                  \* \* \* \* \* \*

**O R D E R**

**GOOD CAUSE EXISTS FOR THE REQUESTED CONTINUANCE.**

IT IS SO ORDERED.

**Dated:   December 21, 2010**              /s/ Lawrence J. O'Neill
                                                                UNITED STATES DISTRICT JUDGE