1  **MARK W. COLEMAN  #117306**
   **NUTTALL & COLEMAN**
2  2445 CAPITOL STREET, SUITE 150
   FRESNO, CA 93721
3  PHONE (559) 233-2900
   FAX (559) 485-3852
4

5  ATTORNEYS FOR  Defendant,
   ROBERT ORNDOFF
6

7
                    **UNITED STATES DISTRICT COURT**
8
                    **EASTERN DISTRICT OF CALIFORNIA**
9
                              \* \* \* \* \* \*
10

11 UNITED STATES OF AMERICA,            Case No.: 1:09-CR-00036  LJO

12         Plaintiff,
                                        **STIPULATION TO**
13     vs.                              **CONTINUE SENTENCING**
                                        **and**
14 ROBERT ORNDOFF, ET AL.,              **O R D E R**

15         Defendant.

16
     **IT IS HEREBY STIPULATED** by and between attorneys for the respective clients that the
17
   Sentencing hearing currently on calendar for Monday, February 28, 2011, at 8:45 a.m., be continued
18
   to **April 1, 2011, at 8:45 a.m.**, or as soon thereafter as is convenient to the court's calendar.
19
     **IT IS FURTHER STIPULATED** by and between attorneys for the respective clients that
20
   the filing deadlines for the Probation Report shall be continued as follows:
21
           **Report available to Defense Counsel:**       N/A
22
           **Objections Due to Probation AUSA:**          03/03/2011
23
           **Objections Filed with Court and**
24         **Served on USPO and AUSA:**                   03/18/2011

25    This continuance is requested by counsel for Defendant ORNDOFF, due to the fact that the
26 parties need additional time to complete the settlement of this case.  Part of the settlement of this
27 case involves asset forfeiture.  The final releases were being handled by Deanna Martinez, and have
28 now been assigned to Kelli L. Taylor.

Additionally, counsel for Defendant is scheduled to begin a special circumstances murder trial in the Tulare County Superior Court, in the case of *People v. Joseph Florez*, Case No.: VCF241795.  The trial is scheduled to begin on February 22, 2011, and is now expected to last for two to three weeks.  There was a recent fire at the Tulare County Courthouse which may cause the trial to be trailed for a week.

Counsel for Defendant has spoken with Assistant U. S. Attorney, LAUREL MONTOYA, who has no objection to this continuance.

It is respectfully submitted that neither the court, nor any party to this proceeding, should be unduly prejudiced by the continuance of the Sentencing for the above-stated purposes.

DATED: February 17, 2011.	NUTTALL & COLEMAN

/s/ Mark W. Coleman

_____
MARK W. COLEMAN
Attorneys for Defendant,
ROBERT ORNDOFF

DATED: February 17, 2011.	UNITED STATES ATTORNEY'S OFFICE

/S/ Laurel Montoya

_____
LAUREL MONTOYA
Assistant U.S. Attorney

* * * * * *

**O R D E R**

**GOOD CAUSE EXISTS AS STATED TO JUSTIFY THE CONTINUANCE.  THE REQUEST BY WAY OF STIPULATION IS GRANTED.**

IT IS SO ORDERED.

Dated:   February 17, 2011	          /s/ Lawrence J. O'Neill
	UNITED STATES DISTRICT JUDGE