(SPACE BELOW FOR FILING STAMP ONLY)

**MARK W. COLEMAN  #117306**
**NUTTALL COLEMAN & WILSON**
2445 CAPITOL STREET, SUITE 150
FRESNO, CA 93721
PHONE (559) 233-2900
FAX (559) 485-3852

ATTORNEYS FOR  Defendant,
ROBERT ORNDOFF

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT ORNDOFF, ET AL.,<br><br>Defendant. | Case No.: 1:09-CR-00036  LJO<br><br>**STIPULATION RE:**<br>**RETURN OF PASSPORT**<br>**AND ORDER** |

   **IT IS HEREBY STIPULATED** by and between attorneys for the respective client that Defendant, ROBERT ORNDOFF'S, passport be returned to Defendant.

   Counsel for Defendant spoke with Assistant U.S. Attorney, Laurel Montoya, and she does

not oppose this request.

DATED: May 17, 2011.            NUTTALL & COLEMAN

                                /s/ Mark W. Coleman

                                _____
                                MARK W. COLEMAN
                                Attorneys for Defendant,
                                ROBERT ORNDOFF

DATED: May 17, 2011.            UNITED STATES ATTORNEY'S OFFICE

                                /s/ Laurel Montoya

                                _____
                                LAUREL J. MONTOYA
                                Assistant U.S. Attorney

## **O R D E R**

The passport is to be returned.

                                IT IS SO ORDERED.

**Dated:   May 18, 2011**                /s/ Lawrence J. O'Neill
                                UNITED STATES DISTRICT JUDGE